Eastern District of Kentucky
**FILED**
JUL 07 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.                                  INDICTMENT NO. 22-81-DCR
                                    18 U.S.C. § 922(g)(1)

TERRY W. HOLLIN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about January 20, 2021, in Fayette County, in the Eastern District of Kentucky,

**TERRY W. HOLLIN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit, a Tanfoglio, revolver, Model TA76, caliber .22, bearing serial number A92265, and a SCCY Industries, pistol, Model CPX-1, caliber 9 mm, bearing serial number 518388, that were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461

By virtue of the commission of the felony offense charged in the Indictment, any and all interest **TERRY W. HOLLIN,** has in the below-described property is vested in

the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461:

### FIREARMS AND AMMUNITION:

a) Tanfoglio, revolver, Model TA76, caliber .22, bearing serial number A92265; and

b) SCCY Industries, pistol, Model CPX-1, caliber 9 mm, bearing serial number 518388, and

c) Ammunition.

A TRUE BILL

FOREPERSON  *UV*

*[signature]*
_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**   Not more than 10 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**If an armed career criminal**: Not less than 15 years nor more than life imprisonment, a fine of not more than $250,000, and not more than 5 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.

**PLUS:**   Forfeiture